# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Knowlogy Corporation ) ASBCA No. 61865
)
Under Contract No. W56KV-16-A-0014 )

APPEARANCE FOR THE APPELLANT:  Scott R. Williamson, Esq.
   Williamson Law Group, LLC
   Bethesda, MD

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
   Army Chief Trial Attorney
   MAJ Felix S. Mason, JA
   Trial Attorney

## ORDER OF DISMISSAL

The Board docketed this appeal on November 8, 2018. By letter dated November 26, 2018, prior to appellant filing its complaint, appellant stated that it withdraws its appeal and requests the appeal be dismissed without prejudice. The government communicated by telephone on November 27, 2018, that it does not object. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.*, ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: November 29, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61865, Appeal of Knowlogy Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals